IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14 CV 01723-JLK-KLM

**MARVIN MITCHELL,**

Plaintiff,

v.

**NORTHWEST PIPE COMPANY,**

Defendant.

**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE AND FOR ENTRY OF JUDGMENT**

Kane, J.

Plaintiff's Unopposed Motion to Dismiss With Prejudice (Doc. 16) is GRANTED, and this action is DISMISSED WITH PREJUDICE.  The Clerk is directed to enter judgment.  Each party shall bear its own costs and attorney fees.

Dated:  April 8, 2015            **s/ John L. Kane**
                                 SENIOR U.S. DISTRICT JUDGE