IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01723-JLK-KLM

MARVIN MITCHELL,

    Plaintiff,

v.

NORTHWEST PIPE COMPANY,

    Defendant.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Motion To Dismiss With Prejudice And for Entry of Judgment (Doc. No. 17) by Judge John L. Kane entered on 4/8/2015.  It is

    ORDERED that this action is DISMISSED with PREJUDICE.  It is

    FURTHER ORDERED that each party shall bear its own costs and attorney fees.

    Dated at Denver, Colorado this 8th day of April, 2015.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                        By:  s/   Bernique Abiakam

                                      Bernique Abiakam
                                      Deputy Clerk